**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Suntree Snack Foods LLC, | No. CV-24-02845-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Dees Nuts LLC, et al., | |
| Defendants. | |

On October 22, 2024, the court ordered Plaintiff Suntree Snack Foods LLC to file a "supplement identifying the members of each party and the citizenship of those members." (Doc. 6 At 1.) Suntree subsequently filed a disclosure statement, but that statement is not sufficient. (Doc. 7.)

As the court previously explained,

> A limited liability company is "a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). And ownership of a limited liability company must be "traced through as many levels as necessary until reaching a natural person or a corporation." *City of E. St. Louis, Illinois v. Netflix, Inc.*, 83 F.4th 1066, 1070 (7th Cir. 2023).

(Doc. 6 at 1.) In other words, because Suntree is an LLC, it must disclose all of its members and, if a member is an LLC, the members of that LLC must also be disclosed. This disclosure process must continue until Suntree identifies the members or owners who are natural persons or corporations. Suntree must then provide the citizenship of those natural persons or corporations. Suntree must provide the same disclosures for Defendant Dees

Nuts LLC.

Because Suntree filed this suit in federal court based on diversity jurisdiction, if the parties are not diverse "the court cannot proceed at all." *Ex parte McCardle*, 74 U.S. 506, 514 (1868) ("Without jurisdiction the court cannot proceed at all in any cause."). Suntree will be given a final opportunity to disclose the citizenship of the parties. If Suntree is unable to establish complete diversity, the court will have no choice but to dismiss this case without prejudice.

Accordingly,

**IT IS ORDERED** no later than **November 15, 2024**, Plaintiff Suntree Snack Foods LLC shall file a statement properly identifying the citizenship of all both parties.

Dated this 1st day of November, 2024.

Honorable Krissa M. Lanham
United States District Judge